# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRADY DURNELL, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-2335 |
| | : | |
| STONELEIGH RECOVERY | : | |
| ASSOCIATES, LLC, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 7th day of January, 2019, it is **ORDERED** that Defendant Stoneleigh Recovery Associates, LLC's Motion for Summary Judgment (ECF No. 4) is **DENIED**.

                                                       s/Anita B. Brody

                                           _____
                                           ANITA B. BRODY, J.

COPIES VIA ECF 1/7/2019